**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6189**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROY LEE DYKES,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00003-JPJ-PMS-1)

Submitted:  July 24, 2025                                    Decided:  July 29, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roy Lee Dykes, Appellant Pro Se.  Jennifer R. Bockhorst, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Lee Dykes appeals the district court's order denying his seventh motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and conclude that the district court did not abuse its discretion by finding that the 18 U.S.C. § 3553(a) factors weighed against Dykes's release and denying his motion on that basis. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order.  *United States v. Dykes*, No. 2:18-cr-00003-JPJ-PMS-1 (W.D. Va. Feb. 28, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*